OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

Northern District of California

CIVIL MINUTES

**Date:** October 21, 2025     **Time:** 2:35-2:46     **Judge:** EDWARD M. CHEN
11 Minutes

**Case No.**: 25-cv-00229-EMC     **Case Name:** Johnson v. Kos Media LLC

**Attorney for Plaintiff:** Shahane Martirosyan
**Attorney for Defendant:** Molly Kaban

**Deputy Clerk:** Vicky Ayala     **Court Reporter:** Stephen Franklin

PROCEEDINGS HELD VIA ZOOM WEBINAR

Status Conference- held

SUMMARY

Parties stated appearances.

Court discussed discovery process and ADR status following unsuccessful settlement conference before Judge Ryu. Parties completing depositions and document production.

Court confirmed summary judgment briefing due January 22, 2026, summary judgment hearing February 26, 2026, and trial June 8, 2026. Parties to confer on ADR preferences before next CMC.

Court set a further CMC for January 6, 2026, at 2:30 PM via Zoom.

CASE CONTINUED TO: **1/6/2026, at 2:30 P.M., for Status Conference via Zoom.** Joint status report **due by 12/29/2025**.