SHAHANE A. MARTIROSYAN (SBN: 295471)
MARISSA L. MINNICK (SBN: 358469)
**STEPHAN FILIP ARAYI**
100 W. Broadway Suite 1200
Glendale, CA 91210
Tel:(323) 303.3533
Fax:(323) 303.3534
service@sfalaw.com

Attorneys for Plaintiff,
WILLIAM JOHNSON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JOHNSON | Case Number: 3:25-cv-00229 |
| Plaintiff(s) | |
| v. | |
| KOS MEDIA LLC, a California Limited Liability Company; MARKOS MOULITSAS, a California individual; and DOES 1 — 100, inclusive; | **STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER OF DISMISSAL** |
| Defendant(s). | |

1

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

The undersigned parties, through their respective counsel of record, hereby stipulate and agree that this action, and all claims asserted herein, are dismissed in their entirety, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a).

This stipulation is made following a settlement between the parties.

Dated: May 19, 2026                                    **STEPHAN FILIP ARAYI**


By:_____
        Shahane A. Martirosyan, Esq.
        Marissa L. Minnick, Esq.
        Attorneys for Plaintiff,
        WILLIAM JOHNSON


Dated: May 19, 2026                                    **HANSON BRIDGETT LLP**


By:_____
        Molly L. Kaban, Esq.
        Katherine Sharpless, Esq.
        Attorneys for Defendants,
        KOS MEDIA LLC and
        MARKOSMOULITSAS

2

STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER OF DISMISSAL

## **ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims asserted herein, are dismissed in their entirety, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a). The Clerk is directed to close the file.

Dated:  June 11, 2026

By: _____
Edward M. Chen
United States District Judge

3

STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER OF DISMISSAL